IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00010-KDB-SCR

| | |
|---|---|
| NEW YORK PACKAGING, II, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) <br>MERCHANTS DISTRIBUTORS, LLC, )<br>et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Joseph J. Zito]" (Doc. No. 5) filed January 12, 2024. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: January 16, 2024

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge